UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:   1:24-cv-24728

LINDA TREMBLAY,
    Plaintiff,

vs.

NCL (BAHAMAS) LTD.,
A BERMUDA COMPANY
d/b/a Norwegian Cruise Line,
    Defendant.
_____/

**NOTICE OF CHANGE OF LAW FIRM, ADDRESS, AND E-MAIL DESIGNATION &
DIRECTIONS TO CLERK TO CHANGE ALL CONTACT INFORMATION**

PLEASE TAKE NOTICE that attorney, Eugene Mesin, is now affiliated with the law firm of Mesin & Co. The undersigned's mailing address, telephone number, and e-mail address effective December 4, 2024:

**Eugene Mesin, Esq.**
**Mesin & Co.**
**777 Brickell Avenue, Suite 500**
**Miami, FL 33131**
**(786) 944-6446**
**emesin@mesinco.com**

Dated: December 4, 2024

**Mesin & Co.**

*/s/ Eugene Mesin*
**Eugene Mesin, Esq.**
Florida Bar No.: 1030814
777 Brickell Avenue, Suite 500
Miami, FL 33131
t: (786) 944-6446
f: (786) 496-9879
e: emesin@mesinco.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system, this 4th day of December 2024.

**Mesin & Co.**

*/s/ Eugene Mesin*
**Eugene Mesin, Esq.**
Florida Bar No.: 1030814
777 Brickell Avenue, Suite 500
Miami, FL 33131
t: (786) 944-6446
f: (786) 496-9879
e: emesin@mesinco.com
*Attorneys for Plaintiff*