**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.:   1:24-cv-24728

LINDA TREMBLAY,
    Plaintiff,

vs.

NCL (BAHAMAS) LTD.,
A BERMUDA COMPANY
d/b/a Norwegian Cruise Line,
    Defendant.
_____/

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Maria T. Barroso of the law firm of Maria T. Barroso, Esquire, 191 Chestnut Street, Suite 3A, Springfield, MA 01103, & (413) 276-0078, for purposes of appearance as co-counsel on behalf of Linda Tremblay in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Maria T. Barroso to receive electronic filings in this case, and in support thereof states as follows:

    1.    Maria T. Barroso is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the State of Massachusetts.

    2.    Movant, Eugene Mesin, Esquire, of the law firm of Mesin & Co., 777 Brickell Avenue, Suite 500, Miami, FL 33131, & (786) 944-6446, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated

as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Maria T. Barroso has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Maria T. Barroso, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Maria T. Barroso at email address: mariatbarroso@aol.com.

WHEREFORE, Eugene Mesin moves this Court to enter an Order permitting Maria T. Barroso to appear before this Court on behalf of Linda Tremblay for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Maria T. Barroso.

Respectfully submitted on December 4, 2024.

        **Mesin & Co.**

        */s/ Eugene Mesin*
        **Eugene Mesin, Esq.**
        Florida Bar No.: 1030814
        777 Brickell Avenue, Suite 500
        Miami, FL 33131
        t: (786) 944-6446
        f: (786) 496-9879
        e: emesin@mesinco.com
        *Attorneys for Plaintiff*